UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TARI MANN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No.   15-00625 RAJ-KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion to dismiss judicial review in light of a subsequent award of benefits in a new application. (ECF 12). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion.

DATED this 21st day of August, 2015.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1