UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TARI MANN,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security Administration,<br><br>            Defendant | Case No.: 2:15-cv-00625-RAJ-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter having come on regularly before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 13] recommending that this case be dismissed based on the stipulation of the parties [ECF 12]  It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2)  Plaintiff's complaint for judicial review of the denial of his claim for Social Security disability benefits is dismissed; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 25th day of August, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge